# Court of Appeals
# of the State of Georgia

ATLANTA,____June 04, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14D0373. ALLEN ALPHONZO ADAMS v. THE STATE.

Allen Adams pled guilty in 1992 to two counts of sale of cocaine. He filed a pro se out-of-time motion to withdraw his guilty plea. The trial court denied his motion, and Adams filed an application for discretionary appeal with the Supreme Court, which transferred the case to us. On December 3, 2013, we granted the discretionary appeal because it was an appeal of a directly appealable order, and that appeal has been docketed by this Court as A14A0810.

Adams also filed an "Out of Time Motion for New Trial Evidentiary Hearing," apparently arguing that the trial court failed to hold an evidentiary hearing on the motion to withdraw his guilty plea.[1] On April 7, 2014 the trial court issued an order denying this motion, and Adams filed an application for discretionary appeal with the Supreme Court, which again transferred the case to us after finding that the out-of-time motion for new trial did not invoke its subject matter jurisdiction. We lack jurisdiction over this application.

The Supreme Court has held that "[o]ne who has entered a plea of guilty cannot move for a new trial, as there was no trial." *Davis v. State*, 274 Ga. 865, 866 (561 SE2d 119) (2002); *Downs v. State*, 270 Ga. 310 (509 SE2d 40) (1998). Thus, an out of time motion for new trial is not a proper vehicle in this case. Moreover, Adams already has an appeal pending in this Court regarding the denial of his out of time motion to withdraw his guilty plea. In that appeal, Adams may address whether the

---

[1] A copy of this motion has not been included with Adams's application materials.

trial court was obligated to hold an evidentiary hearing on the out of time motion to withdraw his guilty plea. Accordingly, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*